IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TYRONE FLOYD, | § | |
| | § | No. 396, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2211005470 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: November 26, 2024
Decided: December 9, 2024

## ORDER

On November 8, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Tyrone Floyd, to show cause why this appeal should not be dismissed for Floyd's failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Floyd received the notice, as evidenced by the return receipt filed with the Court on November 15, 2024. A timely response to the notice to show cause was due on or before November 25, 2024. To date, Floyd has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:


_/s/ N. Christopher Griffiths_
Justice